UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LEIVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-00986-JLT-SKO (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Doc. 7)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO PAY FILING FEE**<br><br>(Doc. 9) |

　　　　Plaintiff Eddie Leiva is a state prisoner proceeding *pro se* in this action brought pursuant to 42 U.S.C. § 1983.

**I.　　BACKGROUND**

　　　　Plaintiff initiated this action with the filing of his complaint on June 30, 2023. (Doc. 1.) That same date, he filed a motion to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. 2.)

　　　　On July 10, 2023, this Court issued its Findings and Recommendations to Deny Plaintiff's Application to Proceed *In Forma Pauperis*. (Doc. 7.) The Court found Plaintiff had sufficient funds to pay the filing fee for this action because the balance in his inmate trust account on July 3, 2023, was $3,376.39. (*Id*. at 2-3.) The Court recommended Plaintiff's IFP motion be denied and

that he be ordered to pay the $402 filing fee. (*Id*. at 3.) Any objections to the Court's findings were to be filed within 14 days of the date of service. (*Id.* at 3-4.)

On July 25, 2023, Plaintiff filed a document titled "Ex Parte Application for Extension of Time to Submit Filing Fee." (Doc. 9.) Plaintiff seeks a 40-day extension of time "up to and including August 30, 2023." (*Id.*) Plaintiff states the 40-day extension will allow him "to submit the appropriate form to his assigned correctional counselor and trust account department to have a check made out to this court for his filing fee of $402.00." (*Id*. at 2.)

## II.     DISCUSSION

Plaintiff's request for an extension of time reveals that he does not intend to file objections to the Court's Findings and Recommendations issued July 10, 2023, and intends to pay the filing fee. Therefore, the Court will vacate its Findings and Recommendations. However, Plaintiff is advised that in the event he fails to submit payment for the $402 filing fee, the Court will reissue the findings and recommendations, and again recommend to the assigned District Judge that his IFP application be denied and that he be ordered to pay the filing fee.

The Court will grant Plaintiff's request for an extension of time for good cause. As Plaintiff explains in his request, that will allow him to make the appropriate request of prison officials for a check in the sum of $402 to be drawn against his inmate trust account and to submit that check to the Court.

## III.    CONCLUSION AND ORDER

For the reasons set forth above, the Court **HEREBY ORDERS** that:

1. The Findings and Recommendations to Deny Plaintiff's Application to Proceed *In Forma Pauperis* (Doc. 7) are **VACATED;** and
2. Plaintiff's request for an extension of time is **GRANTED**. Plaintiff **SHALL** submit the $402 filing fee **no later than September 1, 2023**.

IT IS SO ORDERED.

Dated:   **July 28, 2023**                         /s/ *Sheila K. Oberto*
                                                             UNITED STATES MAGISTRATE JUDGE