UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE LEIVA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>　　　　　Defendant. | Case No.: 1:23-cv-00986-JLT-SKO (PC)<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 16) |

　　　　Plaintiff Eddie Leiva is a state prisoner proceeding pro se in this action brought pursuant to 42 U.S.C. § 1983.

**I.　　INTRODUCTION**

　　　　Defendant Zaldivar-Galves was served on November 20, 2023, and a responsive pleading was due within 60 days. (Doc. 15.)  On January 16, 2024, Defendant filed an Ex Parte Application for Extension of Time to Respond to the Complaint. (Doc. 16.)

**II.　　DISCUSSION**

　　　　Defendant's request is supported by the Declaration of Matthew R. Wilson. (Doc. 16 at 2.) Defense counsel states that on January 16, 2024, his office was advised by the California Department of Corrections and Rehabilitation that Plaintiff died on or about December 26, 2023. (*Id*. at 2, ¶ 2.) Counsel states he is awaiting Plaintiff's central file documents and medical records in order to evaluate Plaintiff's allegations and to draft a responsive pleading. (*Id*. at 2-3, ¶ 3.)

Counsel further indicates he must research Plaintiff's potential successors in interest and assess the impact of Plaintiff's recent death on the claims and defenses in this action. (*Id*.)

Counsel seeks a 30-day extension of time within which to respond to Plaintiff's complaint, up to and including February 15, 2024. (*Id*. at 3, ¶ 4.) Counsel states the request is not made for any purpose of harassment, undue delay, or for any improper reason, (*Id*. at 3, ¶ 5), and is instead made to ensure adequate time within which to prepare a responsive pleading "which accurately answers the detailed allegations that the now-deceased Plaintiff set forth" (*Id*).

### III.     CONCLUSION AND ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that Defendant Zaldivar-Galves **SHALL** file a responsive pleading no later than **February 15, 2024**.

IT IS SO ORDERED.

Dated:     **January 17, 2024**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

2