**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDDIE LEIVA,<br><br>          Plaintiff,<br><br>     v.<br><br>IDALBERTO ZALDIVAR-GALVES,<br><br>          Defendant. | Case No.: 1:23-cv-00986-JLT-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION WITH PREJUDICE<br><br>(Doc. 24) |

Plaintiff Eddie Leiva filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 alleging that Defendant was deliberately indifferent to his medical needs. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Following Plaintiff's death in December 2023, Defendant served a Notice of Death on Plaintiff's successors. (Docs. 21-23.) Because no notice of substitution was filed by the relevant deadline, the magistrate judge recommended this action be dismissed without prejudice under Rule 25(a). (Doc. 24.) The magistrate judge advised the parties that the "[f]ailure to file objections within the specified time may result in waiver of rights on appeal." (*Id*. at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991). No party has filed objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and

Recommendations to be supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued May 23, 2023 (Doc. 24) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **June 12, 2024**

UNITED STATES DISTRICT JUDGE

2